# United States District Court

   _____WESTERN_____ _____DISTRICT OF_____ _____KENTUCKY_____
                 AT BOWLING GREEN

United States of America          **SUMMONS IN A CIVIL CASE**

                       CASE NUMBER: 1:13CV-156-M

        v.

Christine S. Rohrer, et al.

**TO:**  (Name & Address of Defendant)

    LVNV Funding LLC
    c/o James T. Hart, Attorney
    525 Vine Street
    Suite 800
    Cincinnati, OH 45202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name & address)

    Michael F. Spalding, Assistant U.S. Attorney
    United States Attorney's Office
    717 West Broadway
    Louisville, KY 40202

an answer to the complaint which is herewith served upon you, within _____twenty-one (21)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          December 12, 2013
**CLERK**                           _____
                            DATE

s/ Celia D. Russell, D.C.
**(BY) DEPUTY CLERK**

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | Date |
|---|---|
| Name of Server (Print) | Title |

**Check one box below to indicate method of service**

☐ Served personally upon the defendant. Place where served:
_____

☐ and  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age

discretion then residing therein. Name of person with whom the summons and complaint were left:
_____
_____

☐ Returned unexecuted:
_____
_____
_____

☐ Other (specify):
_____
_____
_____

**STATEMENT OF SERVICE FEES**

| Travel  N/A | Services | Total |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on   _____     _____
                         Date                                              Signature of Server

_____

[1] **As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure**