# United States District Court

__WESTERN__ DISTRICT OF __KENTUCKY__
AT BOWLING GREEN

United States of America        **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:13CV-156-M

v.

Christine S. Rohrer, et al.

**TO:** (Name & Address of Defendant)

```
LVNV Funding LLC
c/o James T. Hart, Attorney
525 Vine Street
Suite 800
Cincinnati, OH 45202
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name & address)

Michael F. Spalding, Assistant U.S. Attorney
United States Attorney's Office
717 West Broadway
Louisville, KY 40202

an answer to the complaint which is herewith served upon you, within ___twenty-one (21)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_[signature]_
**CLERK**

December 12, 2013
DATE

s/ Celia D. Russell, D.C.
**(BY) DEPUTY CLERK**

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date | 12/23/13 |
|---|---|---|
| Name of Server (Print)    Michael F. Spalding | Title | Assistant U. S. Attorney |

**Check one box below to indicate method of service**

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____
_____
_____

☒ Other (specify):
 CERTIFIED MAIL-RETURN RECEIPT REQUESTED
_____
_____

## STATEMENT OF SERVICE FEES

| Travel N/A | Services $10.42 | Total $10.42 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on _____1/9/14_____
            Date

Signature of Server
Michael F. Spalding
U. S. Attorney's Office, WDKY
717 West Broadway
Louisville, KY  40202
Phone No. (502) 625-7073
mike.spalding@usdoj.gov

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chessey_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Chessey_ |
| 1. Article Addressed to:<br><br>LVNV Funding LLC<br>c/o James T. Hart<br>525 Vine Street<br>Suite 800<br>Cincinnati, OH 45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[CINCINNATI OH MT. CITY STATION DEC 23 2013 USPS]<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 1150 0002 1030 9234 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540